**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Massachusetts
(State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

Rise Construction Management Inc.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

__ __ – __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

12 Ericsson St.
Number    Street

_____

Boston          MA    02122
City            State  ZIP Code

Suffolk
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____ _____ _____
City          State  ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____ _____ _____
City          State  ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  **Rise Construction Management Inc.**  Case number (*if known*)_____
       *Name*

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____  Relationship _____ |
| | |    District _____ Date filed _____ Case number, if known _____ |
| | |                                    MM / DD / YYYY |
| | |    Debtor _____  Relationship _____ |
| | |    District _____ Date filed _____ Case number, if known _____ |
| | |                                    MM / DD / YYYY |

**Part 3:   Report About the Case**

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  Rise Construction Management Inc.                              Case number (if known)_____
        Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Local 103, I.B.E.W. Health Benefit Plan | Unpaid debt | $ 57,433.34 |
| Electrical Workers' Pension Fund, Local 103, I.B.E.W. | Unpaid debt | $ 51,380.75 |
| Electrical Workers' Deferred Income Fund, Local 103, I.B.E.W. | Unpaid debt | $ 33,881.46 |
| Electrical Industry Labor Management Cooperation Trust | Unpaid debt | 28,716.67 |
| | Total of petitioners' claims | $ 171,412.22 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Michael P. Donovan, Administrator
Name  Local 103, IBEW Health Benefit Plan

256 Freeport St., 2nd Fl.
Number  Street

Boston                    MA        02122
City                      State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name
_____
Number  Street
_____
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/24/2023
             MM / DD / YYYY

✗ /s/ Michael P. Donovan
Signature of petitioner or representative, including representative's title

### Attorneys

Kathryn S. Shea, Esq.
Printed name

Law Office of Kathryn S. Shea
Firm name, if any

108 Trowbridge St., 3rd Fl.
Number  Street

Cambridge                 MA        02138
City                      State     ZIP Code

Contact phone  617-851-4350   Email  kate@katesheallaw.com

Bar number  547188

State  MA

✗ /s/ Kathryn S. Shea
Signature of attorney

Date signed  11/24/2023
             MM / DD / YYYY

Debtor: Rise Construction Management Inc.  
Case number (*if known*): _____

---

**Name and mailing address of petitioner**

Name: Michael P. Donovan, Administrator

Number / Street: Electrical Workers' Pension Fund, Local 103 IBEW, 256 Freeport St., 2nd Fl.

City: Boston  State: MA  ZIP Code: 02122

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number / Street: _____

City / State / ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/24/2023 (MM/DD/YYYY)

✗ /s/ Michael P. Donovan  
Signature of petitioner or representative, including representative's title

---

Printed name: Kathryn S. Shea, Esq.

Firm name, if any: Law Office of Kathryn S. Shea

Number / Street: 108 Trowbridge St., 3rd Fl.

City: Cambridge  State: MA  ZIP Code: 02138

Contact phone: 617-851-4350  Email: kate@katesheallaw.com

Bar number: 547188

State: MA

✗ /s/ Kathryn S. Shea  
Signature of attorney

Date signed: 11/24/2023 (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: Michael P. Donovan, Administrator

Number / Street: Electrical Workers' Deferred Income Fund, Local 103, IBEW, 256 Freeport St., 2nd Fl.

City: Boston  State: MA  ZIP Code: 02122

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number / Street: _____

City / State / ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/24/2023 (MM/DD/YYYY)

✗ /s/ Michael P. Donovan  
Signature of petitioner or representative, including representative's title

---

Printed name: Kathryn S. Shea, Esq.

Firm name, if any: Law Office of Kathryn S. Shea

Number / Street: 108 Trowbridge St., 3rd Fl.

City: Cambridge  State: MA  ZIP Code: 02138

Contact phone: 617-851-4350  Email: kate@katesheallaw.com

Bar number: 547188

State: MA

✗ /s/ Kathryn S. Shea  
Signature of attorney

Date signed: 11/24/2023 (MM/DD/YYYY)

---

**Additional Page**

| | |
|---|---|
| Debtor  Rise Construction Management Inc. | Case number (*if known*) _____ |
| Name | |

---

**Name and mailing address of petitioner**

Michael P. Donovan, Administrator
Name

Electrical Industry Labor Management Cooperation Trust, 256 Freeport St. 2nd Fl.
Number  Street

Boston                              MA           02122
City                                State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City     State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/24/2023
            MM / DD / YYYY

✖ /s/ Michael P. Donovan
Signature of petitioner or representative, including representative's title

---

Kathryn S. Shea, Esq.
Printed name

Law Office of Kathryn S. Shea
Firm name, if any

108 Trowbridge St., 3rd Fl.
Number  Street

Cambridge                           MA           02138
City                                State        ZIP Code

Contact phone  617-851-4350  Email  kate@kateshealaw.com

Bar number  547188

State  MA

✖ /s/ Kathryn S. Shea
Signature of attorney

Date signed  11/24/2023
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number  Street

_____
City     State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City     State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
            MM / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City     State     ZIP Code

Contact phone  _____  Email  _____

Bar number  _____

State  _____

✖ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---