**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Chapter 7 Involuntary Petition |
| RISE CONSTRUCTION MANAGEMENT INC., | ) | Case No. 23-11942 |
| | ) | |
| Debtor | ) | |
| | ) | |

## JOINT MOTION TO DISMISS CASE

The putative Debtor Rise Construction Management Inc. ("RCM") and the four

Petitioning Creditors (1) Local 103 IBEW Health Benefit Plan, (2) Electrical Workers' Pension

Fund Local 103 IBEW, (3) Electrical Workers' Deferred Income Fund Local 103 IBEW, and (4)

Electrical Industry Labor Management Cooperation Trust, pursuant to Section 303(j)(2) of the

Bankruptcy Code, 11 U.S.C. 303(j)(2), jointly move this Court to dismiss this involuntary

bankruptcy case.  In support of their joint motion, the parties state as follows:

1.     The Petitioning Creditors filed an involuntary petition on November 24, 2023.

An order for relief has not yet entered.

2.     In accordance with Bankruptcy Code Sections 303(i) and (j), the Debtor and

Petitioning Creditors have reached agreements providing for the dismissal of this involuntary

case, on terms mutually acceptable to the parties, and with the Debtor waiving the right to

judgment under Section 303(i).

3.     Bankruptcy Code Section 303(j)(2) provides that after an order for relief has been

entered in an involuntary bankruptcy case, after notice to all creditors and a hearing, the Court

may dismiss the involuntary petition upon consent of all petitioners and the debtor.  See In re

Pickett, 39 B.R. 1018, 1019 (Bankr. N.D. Ga. 1984) (dismissing involuntary petition where, *inter*

*alia*, the parties consented and the dismissal did "not offend any rights of other creditors to file a similar petition and acquire the creditor rights of Title 11").

4.     In this case, the Debtor and all four Petitioning Creditors consent to the dismissal of the involuntary petition in this case, and the Debtor waives the right to judgment under subsection (i).

5.     The parties submit that dismissal: (a) is in the best interest of the Debtor's estate, and (b) will not affect the right of any other creditors of the Debtor to file an involuntary petition under Section 303.

WHEREFORE, the Debtor and the Petitioning Creditors jointly move this Court to enter an order (a) granting this motion; (b) dismissing this case in accordance with the parties' request and waiving Debtor's right to judgment under 11 U.S.C. Section 303(i); and (c) granting any further relief that the Court deems just and proper.

Respectfully submitted,

LOCAL 103 IBEW HEALTH BENEFIT PLAN,
ELECTRICAL WORKERS' PENSION FUND
LOCAL 103 IBEW,
ELECTRICAL WORKERS' DEFERRED
INCOME FUND LOCAL 103 IBEW, and
ELECTRICAL INDUSTRY LABOR
MANAGEMENT COOPERATION TRUST

By their counsel,

/s/ Kathryn S. Shea__
Kathryn S. Shea, Esq., BBO # 547188
Law Office of Kathryn S. Shea
108 Trowbridge St., Third Floor
Cambridge, MA 02138
kate@kateshealaw.com
(617) 851-4350

RISE CONSTRUCTION MANAGEMENT INC.

By its counsel,


 /s/ John W. DiNicola, II __
John W. DiNicola, II, BBO # 629618
DiNicola Law Group, LLC
399 Chestnut St., Second Fl.
Needham, MA 02492
Jack.DiNicola@dinicolalawgrp.com
(617) 279-2593


Dated:  December 4, 2023


**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that a copy of the above Joint Motion was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this 4th day of December, 2023.

/s/ Kathryn S. Shea
Kathryn S. Shea