**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)**

| | |
|---|---|
| In re<br><br>RISE CONSTRUCTION MANAGAMENT INC. | Chapter 7<br>Case No. 23-11942-JEB |

## STATEMENT OF LIST OF CREDITORS

Pursuant to this Court's Order entered on December 7, 2023, alleged Debtor Rise Construction Management Inc. submits the attached list of creditors.

Respectfully submitted this 12th day of December, 2023.

                                                                    RISE CONSTRUCTION MANAGAMENT INC.

                                                                    By its attorneys,

                                                                    */s/  David B. Madoff*
                                                                    David B. Madoff (BBO#552968)
                                                                    MADOFF & KHOURY LLP
                                                                    124 Washington Street, Suite 202
                                                                    Foxborough, MA  02035
                                                                    (508) 543-0040
                                                                    madoff@mandkllp.com