| Name | Address | City / State | Zip Code |
|---|---|---|---|
| G&C Concrete Construction, Inc | 19 Hale Street | Haverhill, MA | 01830 |
| Advanced Green Insulation | 403 VFW Drive | Rockland, MA | 02370 |
| Advanced Exteriors and Glazing | 13-15 Delaware Dr, Unit 1 | Salem, NH | 03079 |
| Allstate Glass | PO Box 407 | Holbrook, MA | 02343 |
| Ann Sacks Tile and Stone | 8120 NE 33rd Drive | Portland, OR | 97211 |
| ATC Group Services LLC | P.O. Box 735811 | Dallas, TX | 75373-5811 |
| Atlantic Bay Contracting Co., | 100 Hano St Suite 23 A | Allston, MA | 02134 |
| Atlantis Comfort Systems Corp. | 111 Energy Way | West Warwick, RI | 02893 |
| Atlantic Fire Protection | PO Box 175 | N. Weymouth, MA | 02191 |
| A.T. Masonry LLC | 174 Newburyport Turnpike #366 | Rowley, MA | 07969 |
| Automation Solutions, Inc. | 38 Third Ave 100 W | Boston, MA | 02129 |
| Building Automation System Inc | 317 Libbey Industrial Parkway | Weymouth, MA | 02189 |
| Azores Iron Work Services Corp | 77 Alexander Road | Billerica, MA | 01821 |
| Bannon Paving | 50 Pleasant Park Road | Rockland, MA | 02370 |
| Barber Drywall, Inc. | 3161 Cranberry Highway | East Wareham, MA | 02538 |
| Blackwater services Group LLC | 117 Great Hill Road | Naugatuck, CT | 06770 |
| Bostonian Excavating Corp. | 675 VFW Parkway, Unit 342 | Chestnut Hill, MA | 02467 |
| Cicconi and Sons Construction | 38 Eatonia Street | Allston, MA | 02134 |
| Clady Painting LLC | 60 Elliot Ave | Quincy, MA | 02171 |
| CMP P&H, LLC | 1 Corporate Park Drive unit 9 | Derry, NH | 03038 |
| Cannibal Creative LLC | 497 Greenwich St, Unit 4D | New York, NY | 10013 |
| Collins Overhead Door, Inc. | 404 3rd Street | Everett, MA | 02149 |
| Colombos HVAC Inc | 19 Bailey St | Everett, MA | 02149 |
| Duggan Mechanical Services, In | 136 Will Drive | Canton, MA | 02021 |
| East Coast Interiors | 17 Minnesota Avenue | Warwick, RI | 02888 |
| East Coast Fireproofing Co. | 5 Kenneth A. Miner Dr | Wrentham, MA | 02093 |
| Eaton Door and Frame LLC | P.O. Box 69674 | Baltimore, MD | 21264-9674 |
| Essential Demo, Inc. | 19 Teloian Drive | Hudson, NH | 03051 |
| Essential Finishes, Inc. | 65 Parker St | Newburyport, MA | 01950 |
| Essential Floors, Inc. | 38 Groveland Commons Way | Groveland, MA | 01834 |
| Fabrizio Corporation | 410 Riverside Ave | Medford, MA | 02155 |
| Fort Hill Plumbing & Heating | 119 Floral Street | Newton, MA | 02461 |
| Fortin Drywall LLC | 82 Daniel Webster Hwy | Merrimack, NH | 03054 |
| FRG Contractor Corp. | 40 Oliver St | Everett, MA | 02149 |
| G&R Heating and Air Conditioni | 412 Mohawk Rd | Raynham, MA | 02767 |
| Industrial Boiler + Mechanical | 156 Maple Street | Danvers, MA | 01923 |
| Inello Electric LLC | 727 Revere Beach Parkway | Revere, MA  02151 | |
| Leon Trading LLC | 210 Highland Ave | Needham, MA | 02494 |
| L&G General Construction Corp | 17 Haven Street Apt. B | Framingham, MA | 01702 |
| LG Electric Inc | 26 Buckhill Rd | Northborough, MA | 01532 |
| Marguerite Concrete, Inc. | 11 Rosenfeld Drive | Hopedale, MA | 01747 |
| McGue Excavating, LLC | 25 Beaufield St | Dorchester, MA | 02124 |

| Name | Address | City, State | Zip |
|---|---|---|---|
| Metropolitan Masonry Waterproo | 131 West Street | West Bridgewater, MA | 02379 |
| Metropolitan Cabinets Distribu | 505 University Avenue | Norwood, MA | 02060 |
| Metro Rise Masonry & Restorati | 131 West Street | West Bridgewater, MA | 02379 |
| M.J. Nicholls Landscaping, LLC | 139 Howard Street | Braintree, MA | 02184 |
| New England Building Supply | 174 Hampden Street | Boston, MA | 02119 |
| NE Finish Systems - Ceilings | 1 Delaware Dr | Salem, NH | 03079 |
| New England Finish Systems LLC | 1 Delaware Dr | Salem, NH | 03079 |
| Northeast Framing Inc | 435 Lancaster St | Leominster, MA | 01453 |
| New England Fire Systems, Inc. | 19 S Maple St | Bellingham, MA | 02019 |
| New England Plumbing Solutions | 117 Wright Way | Marshfield, MA | 02050 |
| NESC-INC | 99 Elm Street | Salisbury, MA | 01952 |
| NORTH MECHANICAL SERVICES, INC | 25 MULBERRY STREET | HAVERHILL, MA | 01830 |
| North East Foam Solutions, Inc | PO Box 288 | Dedham, MA | 02026 |
| North & South Construction Ser | 19 Nimble Hill Rd, Suite 2 | Newington, NH | 03801 |
| Papken Plumbing and Heating In | 84 Pine St | Peapody, MA | 01960 |
| P C Richard & Son | 150 Price Parkway | Farmingdale, NY | 11735 |
| PHIL'S HVAC INC | 18 Edward Drive | Whitesman, MA | 02382 |
| P.J. Dionne Company, Inc. | 64 Industrial Parkway | Woburn, MA | 01801 |
| Platinum Electrical Services | 275 Centre St., Unit 14 | Holbrook, MA | 02343 |
| Power Company | 5 Merchant Street | Sharon, MA | 02067 |
| RCH Roofing Corporation | 3 Progress Way | Marshfield, MA | 02050 |
| R&S Landscaping, Inc | 415 Mystic Avenue | Medford, MA | 02155 |
| SED Associates Corp | 89 Access Rd | Norwood, MA | 02062 |
| Select Demo Service, LLC | 40 Lowell Road, Bldg 2 | Salem, NH | 03079 |
| Select Paint and Finishes LLC | 40 Lowell Rd, Bldg # 2 | Salem, NH | 03079 |
| Select Tile, Marble & Flooring | 40 Lowell Road Bldg 2 | Salem, NH | 03079 |
| Shepardville Construction LLC | 74A Tauton Street | Plainville, MA | 02762 |
| SITRACO | 260 Rue Du Parc | St-Joseph De Beauce, QC | GOS 2VO |
| The Sliding Door Company | 20235 Bahama Street | Chatsworth, CA | 91311 |
| Soep Painting Corp | 16 Ballard Rd | Lawrence, MA | 01843 |
| SOS Corporation | 331 West St | Millford, MA | 01757 |
| Specialty Services of New Engl | 1 Delaware Dr, Suite 4 | Salem, NH | 03079 |
| Seaport Masonry inc | 45 Industrial Road | Wrentham, MA | 02093 |
| Superior Decks, Inc. | 1315 South 5th Street | Hopkins, MN | 55343 |
| Superior Rail & Iron Works Inc | Box 546 350 West Street | East Bridgewater, MA | 02333 |
| T&T Electrical Contractors Inc | 38 Montvale Avenue | Stoneham, MA | 02180 |
| Tara Construction Incorporated | 155 Howard Street | West Bridgewater, MA | 02379 |
| Triple J Drywall and Carpentry | 36 Blundell St | Providence, RI | 02905 |
| Turnkey Lumber Corp | 305 Leominster Shirley Rd | Lunenburg, MA | 01462 |
| Unified Door & Hardware Group | 1650 Suckle Highway | Pennsauken, NJ | 08110 |
| URBAN LIFT PARKING SYSTEMS LLC | 12 Ericsson Street | Boston, MA | 02122 |
| Village Fire Protection, LLC | PO Box 122 | Merrimack, MA | 01860 |
| Vinny Moffod Excavation llc | 5 Bryant Circle | Middleboro, MA | 02346 |

| Name | Address | City, State | ZIP |
|---|---|---|---|
| Vivat Construction Sales, Inc | 38 Jasset St | Newton, MA | 02458 |
| VMA Electric, Inc. | 81 Maple Street | Marlborough, MA | 01752 |
| Woodcraft Designers & Builders | 45 North Street | Canton, MA | 02021 |
| WILLCO Sales and Service, INC | 18 King Street | Stratford, CT | 06615 |
| WS Aiken LLC | 224 Crescent Ave | Chelsea, MA | 02150 |
| Yale Appliance, Inc. | 37 Shuman Ave | Stoughton, MA | 02072 |
| Great In Counters, Inc. | 100 Whipple Street | Providence, RI | 02908 |
| Quality Stone of Boston, INC. | 20 Sylvan St. | Brockton, MA | 02302 |
| IBEW Local 103 Deferred Benefits Fund | 256 Freeport St | Dorchester, MA | 02122 |