**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In Re:   Rise Construction Management Inc. | Chapter: 7 |
| Debtor, | Case No: 23–11942 |
| | Judge Janet E. Bostwick |

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above **debtor** was entered on 1/9/24 .

Date:  1/24/24

By the Court,

Noe Calvo
Deputy Clerk
617–748–5344

23